**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 24-mj-48-UNA |
| | : | |
| JOSMAR JESUS ZAMBRANO-CHIRINOS | : | |
| AND OSLEIDY VANESA CHOURIO-DIAZ | : | |

**UNITED STATES' UNOPPOSED MOTION**
**TO CONTINUE PRELIMINARY HEARING**

NOW INTO COURT comes the United States of America, by Ronald C. Gathe, Jr., United States Attorney for the Middle District of Louisiana, through the undersigned Assistant United States Attorney, Benjamin M. Anderson, who hereby respectfully moves the Court to briefly continue the preliminary hearing in this matter. The hearing is currently set for May 22, 2024, at 10:00 a.m.

1.

On May 3, 2024, a criminal complaint was signed by United States Magistrate Judge, Scott D. Johnson, charging the defendants with sex trafficking by force, fraud, or coercion, and/or aiding and abetting same, in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2). Dkt. No. 1. The initial appearance was held on May 8, 2024, followed by a detention hearing on May 15, 2024. The defendants stipulated to detention and United States Magistrate Judge Rickard L. Bourgeois, Jr., set the preliminary hearing for May 22, 2024. Dkt. No. 12.

2.

Rule 5.1(c) provides that a preliminary hearing must be held no later than 14 days after the initial appearance when the defendant is in custody. Rule 5.1(d) also provides that a magistrate judge may extend the time limits for the preliminary hearing with the defendant's consent and upon showing of good cause, "taking into account the public interest in the prompt disposition of criminal cases."

3.

The United States intends to present the matter to the Grand Jury on May 22, 2024, which is scheduled for the same time as the preliminary hearing, therefore, the United States would like to request a one-day continuance of the preliminary hearing. Good cause exists to continue the hearing due to the matter being presented to the Grand Jury on the same day as the preliminary hearing. Delaying presentation of the matter to the Grand Jury would cause additional delays to the case. Continuing the hearing by one day would allow the United States time to present the matter to the Grand Jury and, therefore, could make the need for a preliminary hearing moot. Therefore, continuing the hearing will also serve the public interest in the prompt disposition of criminal cases.

4.

Additionally, a continuance would also promote judicial economy and efficiency and it would preserve the parties time and resources by preventing multiple hearings, all of which would require the assistance of an interpreter and would require transportation of the defendants.

5.

The United States has consulted with counsel for both defendants, Michael A. Fiser, on behalf of defendant Osleidy Vanesa Chourio-Diaz, and Ian Hipwell, on behalf of defendant Josmar Jesus Zambrano-Chirinos, and both defendants consent to this continuance.

6.

The United States respectfully asks that the Court continue the preliminary hearing in this case for at least one day and to make a finding that good cause exists for the continuance.

**WHEREFORE**, counsel for the United States respectfully requests that the preliminary hearing be continued.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Benjamin M. Anderson
Benjamin M. Anderson, LBN 32319
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 378-3023
E-mail: benjamin.anderson2@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 24-mj-48-UNA |
| | : | |
| JOSMAR JESUS ZAMBRANO-CHIRINOS | : | |
| AND OSLEIDY VANESA CHOURIO-DIAZ | : | |

**ORDER**

In consideration of the foregoing United States' Unopposed Motion to Continue Preliminary Hearing,

THE COURT HEREBY FINDS, pursuant to Rule 5.1(d), that, when considering the public interest in the prompt disposition of criminal cases, good cause exists for the continuance.

IT IS ORDERED that the hearing, which is currently scheduled for May 22, 2024, be and hereby is continued to _______________, 2024.

DATED AND SO ORDERED this _____ day of May, 2024, at Baton Rouge, Louisiana.

_______________________________________
RICHARD L. BOURGEOIS, JR.
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA