**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA            :
                                    :
    *versus*                          :    CRIMINAL NO. 24-44-JWD-RLB
                                    :
OSLEIDY VANESA CHOURIO DIAZ         :

**JOINT STATUS REPORT**

Pursuant to the Court's March 11, 2026 notice, counsel for the parties respectfully inform the Court that they anticipate that this matter will be resolved by a plea agreement. Counsel for the parties and the defendant have agreed in principle on a resolution, which is in the process of being reviewed and approved by the United States Attorney. The undersigned Assistant United States Attorney anticipates that the tentative agreement will be approved within the next few days and that the United States will then be able to file a formal notice of the defendant's intent to enter a guilty plea.

Counsel for the defendant, J. Rodney Baum, has reviewed this Joint Status Report and joins in its filing.

Dated and submitted this 9th day of April, 2026, at Baton Rouge, Louisiana.

UNITED STATES OF AMERICA, by

KURT WALL
UNITED STATES ATTORNEY

/s/ Alan A. Stevens
Alan A. Stevens
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: alan.stevens@usdoj.gov