**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA       :
:
   *versus*              :   CRIMINAL NO. 24-44-JWD-RLB
:
OSLEIDY VANESA CHOURIO DIAZ   :

**NOTICE OF DEFENDANT'S INTENT TO PLEAD GUILTY**

NOW INTO COURT comes the United States of America through Kurt Wall, United States Attorney for the Middle District of Louisiana, by Alan A. Stevens, Assistant United States Attorney, and respectfully represents that the defendant herein, OSLEIDY VANESA CHOURIO DIAZ, has advised the United States of her intent to plead guilty pursuant to a plea agreement. The United States therefore requests that the Court conduct a re-arraignment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. This Notice obviates the need for a trial and interrupts the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(1)(D). *See United States v. Dignam*, 716 F.3d 915, 924-25 (5th Cir. 2013).

Dated and submitted this 16th day of April, 2026, at Baton Rouge, Louisiana.

UNITED STATES OF AMERICA, by

KURT WALL
UNITED STATES ATTORNEY

/s/ Alan A. Stevens
Alan A. Stevens
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: alan.stevens@usdoj.gov